IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WENDY A. BELL O'TOOLE, professionally
known as WENDY BELL,

      Plaintiff,

v.                                                                    Civil Action No. 2:16-cv-00879-CRE

HEARST STATIONS, INC., t/d/b/a
WTAE-TV,

      Defendant.

## ORDER

AND NOW, on this ___29ᵗʰ___ day of ___Jan._____, 2018, upon review

of the parties' *Stipulation of Dismissal with Prejudice*, IT IS HEREBY ORDERED that the

above-referenced civil action is DISMISSED WITH PREJUDICE.   Each party will bear its own

attorneys' fees and costs.

_____
United States Magistrate Judge